# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| PRO STAGE GEAR, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>GUANGZHOU RANTION TRADING CO., LTD; DONNER TECHNOLOGY LLC A/K/A DONNER DIRECT; JET STAR EXPRESS, LLC; HE HAIFENG (何海峰); CHEN HUAQIU (陈华秋); and XIAO LIU,<br><br>*Defendants.* | Civil Action No. 1:17-cv-30<br><br>JURY DEMANDED |

## SUMMONS IN A CIVIL ACTION

To: Guangzhou Rantion Trading Co., Ltd.
2609 Guangzhou, Guangdong 515700, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> M. Ellis Lord (BPR No. 026442)
> Douglas T. Johnson (BPR No. 009505)
> Meredith Lee (BPR No. 033948)
> Suite 1200 Volunteer Building
> 832 Georgia Avenue
> Chattanooga, TN 37402
> Tel: (423) 756-6600
> Fax: (423) 785-8480
> Email: Ellis.Lord@millermartin.com
> Doug.Johnson@millermartin.com
> Meredith.Lee@millermartin.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/02/2017

*Debra C. Poplin*
*Signature of Clerk or Deputy Clerk*

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)*_____ .

☐ I personally served the summons on the individual at *(place)* _____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*_____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____                       _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc.