**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA**

| | |
|---|---|
| PRO STAGE GEAR, LLC,<br>*Plaintiff,*<br>v.<br>GUANGZHOU RANTION TRADING CO., LTD; DONNER TECHNOLOGY LLC A/K/A DONNER DIRECT; JET STAR EXPRESS, LLC; HE HAIFENG (何海峰); CHEN HUAQIU (陈华秋); and XIAO LIU,<br>*Defendants.* | Case No. 1:17-cv-30-JRG-CHS<br>JURY DEMANDED |

**<u>PRO STAGE GEAR, LLC'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Plaintiff Pro Stage Gear, LLC submits the below statement of undisputed facts.

1. Defendant Donner Technology LLC ("Donner") petitioned for *inter partes* review (IPR Nos. 2018-00707 and -00708) of the '023 Patent, challenging the validity of all claims under 35 U.S.C. §§ 102 and 103 (the "IPR Proceedings"). (Docs. 43-3 and 43-4).

2. Donner named Defendants Jet Star Express, LLC and Guangzhou Rantion Trading Co., Ltd. as real parties-in-interest under 37 C.F.R. § 42.8(b)(1). (Doc. 43-3 at 5; Doc. 43-4 at 6).

3. Defendants He Haifeng, Chen Huaqiu, and Xiao Liu are officers and employees of one or more of Defendants Guangzhou Rantion Trading Co., Jet Star Express, LLC, and Donner Technology LLC. (Doc. 181-7).

4. The U.S. Patent and Trademark Office ("PTO") instituted IPR of the following petitioned grounds:

| *IPR2018-00707* | | |
|---|---|---|
| **Ground** | **Claims** | **Basis** |
| I | 14, 15 | Anticipated under 35 U.S.C. § 102 (b) by the Boss Sound Control Center Computer Controlled SCC-700C-700F Owner's Manual ("SCC-700 Manual") |
| II | 1, 18, 19 | Obvious under 35 U.S.C. § 103(a) over the SCC-700 Manual in view of U.S. Patent No. 3,585,893 ("Arseneault"). |
| III | 2, 16, 17 | Obvious under 35 U.S.C. § 103(a) over the SCC-700 Manual in view U.S. Patent No. 6,215,055 ("Saravis") |
| IV | 3-6 | Obvious under 35 U.S.C. § 103(a) over the SCC-700 Manual in view Saravis and Arseneault |
| V | 7, 20 | Obvious under 35 U.S.C. § 103(a) over the U.S. Design Patent No. D339,612 ("Carter") in view of Saravis |
| VI | 8, 21 | Obvious under 35 U.S.C. § 103(a) over the U.S. Design Patent No. D339,612 ("Carter") in view of Saravis and Arseneault |

| *IPR2018-00708* | | |
|---|---|---|
| **Ground** | **Claims** | **Basis** |
| I | 9-11, 22-25, 28-30 | Obvious under 35 U.S.C. § 103(a) over the SCC-700 Manual in view of U.S. Patent No. 3,504,311 ("Mullen") |
| II | 12, 26 | Obvious under 35 U.S.C. § 103(a) over the SCC-700 Manual in view of Mullen, further in view of Saravis |
| III | 13, 27 | Obvious under 35 U.S.C. § 103(a) over the SCC-700 Manual in view of Mullen, further in view of Carter |

(Doc. 54-1 at 40; Doc. 57-2 at 18).

5. In IPR No. 2018-00707, the PTO concluded that "Petitioner has not demonstrated by a preponderance of the evidence that claims 5, 7, 8, 18, 20, and 21 of the '023 Patent are unpatentable." (Doc. 81-1 at 3).

6. In IPR No. 2018-00708, the PTO concluded that "Petitioner has not demonstrated by a preponderance of the evidence that claims 9-13 and 22-30 of the '023 patent are unpatentable" and that "Petitioner has failed to establish by a preponderance of the evidence that Mullen is analogous art." (Doc. 81-2 at 3, 24).

7. Defendants' served a 588-page document containing their Final Invalidity Contentions on July 1, 2020. (*See* Doc. 181-1).

8. The cover pleading of Defendants' Final Invalidity Contentions included exemplary combinations and referenced five exemplary charts. (Doc. 181-1 at 6-12, 20-588).

9. Defendants asserted anticipation and obviousness grounds based on the following products.

| Item Offered for Sale or Publicly Used or Known, Date Offer or Use Took Place or Information Known, Identity of Person that Made Use or Made or Received Offer | Anticipates Asserted Claims |
|---|---|
| **DOD FX-100 Pedal Board**, offered for sale and publicly known and used at least as early as 1982. | 5, 7, 12, 13, 18, 20, 26, 27, 28-30 |
| **BOSS SCC-700B Pedal Board**, offered for sale and publicly known and used at least as early as 1982. | 5 & 18 |
| **Thrustmaster Rudder Control Board**, offered for sale and publicly known and used at least as early as early 1990s. | 7-8, 13, 18, & 20-21 |
| **DOD Dealer Display Pedal Board**, offered for sale and publicly known and used at least as early as early 1990s. | 5, 7-13, 18, 20, 21 & 26-30 |
| **BOSS Dealer Display Pedal Board**, offered for sale and publicly known and used at least as early as early 1990s. | 5, 7-13, 18, 20, 21 & 26-30 |
| **John Chandler Prototype Board(s)**, John Chandler, publicly disclosed, used, and/or sold by John Chandler, Mark Townsend, Barry Graul, Wes King, and/or employees at Nashville Tent & Awning Co. at least as early as 1998. | 5, 7-13, 18, 20, 21 & 26-30 |

(Doc. 181-1 at 5-6, 10-12).

10. Donner relied on the SCC-700 Manual in its grounds for IPR during the IPR Proceedings. (Doc. 54-1 at 40; Doc. 57-2 at 18).

11. The SCC-700 Manual is an instruction manual for multiple products, including without limitation the "SCC-700B Roland Effects Board." (Doc. 181-2).

12. Defendants assert the SCC-700B Roland Effects Board in their grounds for invalidity raised in their Final Invalidity Contentions. (Doc. 181-1 at 10-12).

13. Donner relied on Carter in its grounds for IPR during the IPR Proceedings. (Doc. 54-1 at 40; Doc. 57-2 at 18).

14. Carter is titled "Video Game Foot Pedal Controller" and is assigned to "Thrustmaster, Inc." (Doc. 181-3 at Cover Page).

15. Defendants assert a product called the Thrustmaster RCS in their grounds for invalidity raised in their Final Invalidity Contentions. (Doc. 181-1 at 10-12).

16. The Thrustmaster RCS is marked with U.S. Des. 339,612. (Doc. 121-1 at 45).

17. Defendants assert a product called the DOD FX-100 in their grounds for invalidity raised in their Final Invalidity Contentions. (Doc. 181-1 at 10-12).

18. A photograph of a product referred to as the "DOD FX-100 Pedal Board" is shown in a catalog titled "The FX Pedals Catalog: DOD America's Pedal," that published in the mid-1980s. (Doc. 181-9 at ¶¶ 4-5).

19. Defendants' expert Mr. Michael Stratton testified in the IPR Proceedings that "[i]t may have been a DOD pedal board that I had." (Doc. 181-8 at 7).

20. Defendants assert products they refer to as the "BOSS Dealer Display" and "DOD Dealer Display" in their grounds for invalidity raised in their Final Invalidity Contentions. (Doc. 181-1 at 10-12).

21. Defendants raise grounds of invalidity citing the SCC-700B, Thrustmaster RCS, DOD FX-100, BOSS Dealer Display Board, and DOD Dealer Display Board in view of one or more of the following patent and publication documents. (Doc. 181-1 at 9-10).

| | |
|---|---|
| U.S. Patent No. 2,756,369 to Gorrie, issued on July 24, 1956. | 7-8, 9-13, 20-21, 26-30 |
| U.S. Patent No. 3,050,194 to Sinninger, issued on April 21, 1962. | 7-8, 9-13, 20-21, 26-30 |
| U.S. Patent No. 3,088,055 to Schwing, issued on April 30, 1963. | 5, 7-8, 9-13, 18, 20-21, 26-30 |
| U.S. Patent No. 3,504,311 to Mullen, issued on April 14, 1967. | 9-13, 26-30 |
| U.S. Patent No. 3,342,094 to Wilson, issued on September 19, 1967. | 5, 8, 13, 18, 21, 27 |
| U.S. Patent No. 3,433,881 to Cotton, issued on March 18, 1969. | 5, 8, 13, 18, 21, 27 |
| U.S. Patent No. 3,585,893 to Arseneault, issued on June 22, 1971. | 5, 8, 13, 18, 21, 27 |
| DE7531056 to Ybert, published on January 29, 1976; FR2287147 to Ybert, published on April 30, 1976. | 9-13, 26-30 |
| U.S. Patent No. 4,030,397 to Nelson, issued on June 21, 1977. | 5, 8, 13, 18, 21, 27 |
| DE3200259 to Langwieder, published on August 4, 1983. | 5, 7-8, 9-13, 18, 20-21, 26-30 |
| U.S. Patent No. 5,166,467 to Brown, issued on November 24, 1992. | 5, 8, 13, 18, 21, 27 |
| Guitar Player, p.125 (April 1983). | 5, 7-8, 12, 20-21, 26 |
| U.S. Patent No. 6,215,055 to Saravis, issued on April 10, 2001. | 5, 7-8, 12, 20-21, 26 |

22. The ’023 Patent claims priority to U.S. Provisional Application No. 60/15,569 which was filed on September 7, 1999. (Doc. 143-2 at Cover Page).

23. Each of these patent and printed publication documents were filed, published, and/or issued prior to the claimed priority date of the ’023 Patent. (Doc. 181-2 at 9-10; Doc. 181-4 at 1).

24. Donner relied on each of U.S. Patent No. 3,504,311 to Mullen, U.S. Patent No. 3,58,893 to Arseneault, and U.S. Patent No. 6,215,055 in its grounds for invalidity during the IPR Proceedings. (Doc. 54-1 at 40; Doc. 57-2 at 18).

25. Guitar Player, U.S. Patent No. 3,433,881 to Cotton, U.S. Patent No. 4,030,397 to Nelson, U.S. Patent No. 3,342,311 to Wilson, and U.S. Patent No. 5,166,467 to Brown were each of

record in the IPR Proceedings. (Doc. 43-3 at 83(Exhibits 1008, 1017, 1019); Doc. 43-3 at 82 (1017, 1018)).

26. Schwing was cited in the *ex parte* reexamination proceedings. (Doc. 142-3 at 12-18).

27. DE3200259 to Langwieder (published 1983), U.S. Patent No. 2,756,369 to Gorrie (issued 1956), U.S. Patent No. 3,050,194 (issued 1962), and FR2287147 to Ybert (published 1976) all published and/or issued more than a year before the claimed priority date of the ’023 Patent and before Donner filed its IPR petitions.

Dated: August 28, 2020

Respectfully Submitted,

**MILLER & MARTIN PLLC**

By: /s/ M. Ellis Lord
M. Ellis Lord (BPR No. 026442)
Douglas T. Johnson (BPR No. 009505)
Scott E. Simmons (BPR No. 29392)
Pharan A.S. Evans (BPR No. 466014)
Suite 1200 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Tel: (423) 756-6600
Fax: (423) 785-8480
Ellis.Lord@millermartin.com
Doug.Johnson@millermartin.com
Scott.Simmons@millermartin.com
Pharan.Evans@millermartin.com
*Attorneys for Pro Stage Gear, LLC*

## CERTIFICATE OF SERVICE

I certify that this document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by United States Mail, facsimile, or hand delivery. Parties may access this filing through the Court's electronic filing system.

This 28th day of August, 2020.

**MILLER & MARTIN PLLC**

By: /s/ M. Ellis Lord
*Attorneys for Pro Stage Gear, LLC*